UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVID KARWAT, II,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 2:11-cv-12452
District Judge Stephen J. Murphy, III
Magistrate Judge Kimberly G. Altman

_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTIONS FOR ATTORNEY FEES

This is a social security case. On September 19, 2013, the case was remanded to the Commissioner for further proceedings. (ECF No. 28). Plaintiff was awarded benefits on remand. Thereafter, plaintiff filed three motions for attorney fees. *See* ECF Nos. 30, 36, and 38. Under 28 U.S.C. § 636(b)(1), these motions, along with any future motions, were referred to the undersigned. *See* ECF No. 39. The motions for attorney fees were referred for resolution through settlement or, if not settled, for issuance of a report and recommendation. *See id*.

On February 1, 2021, the Court held a telephonic status conference to discuss plaintiff's motions for attorney fees. During the conference, the

1

Commissioner asked for a 60-day stay on plaintiff's motions for attorney fees. Plaintiff agreed.  The parties explained that during the stay, plaintiff's fee petition for work performed before the Social Security Administration under 42 U.S.C. § 406(a), which forms the bulk of the attorney fee request, would be administratively considered.  The parties also explained that resolution of the § 406(a) petition would narrow the issues presented in plaintiff's motions.  The Court then entered an order staying proceedings for 60 days.  *See* ECF No. 41.

Plaintiff recently filed a paper styled "Proposed Resolution of the Issue of Award of Attorney Fees under 42 U.S.C. § 406(b)," in which he explains that plaintiff's counsel was awarded fees for work performed at the administrative level (section 406(a) fees) in the amount of $22,304.00 with the issue of fees for work performed at the district court level (section 406(b) fees) left to the Court.  *See* ECF No. 42.  Plaintiff further says that plaintiff's counsel has agreed to a reduction of the fee requested for work performed at the district court level from $7,138.25 to $3,569.13.  *Id*.  Notably, the Commissioner agrees that this reduction is reasonable and resolves any objections to plaintiff's motions for attorney fees.  *See* ECF No. 42, PageID.1201-02.  The undersigned also agrees that the reduction is reasonable.

Based on plaintiff's filing, the undersigned RECOMMENDS that plaintiff's motions for attorney fees be GRANTED IN PART and plaintiff's counsel be

awarded $3,569.13 in attorney fees for work performed at the district court level under 42 U.S.C. § 406(b).

Dated: March 17, 2021  s/Kimberly G. Altman
Detroit, Michigan  KIMBERLY G. ALTMAN
United States Magistrate Judge

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this memorandum within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2021.

s/Marie E. Verlinde
MARIE E. VERLINDE
Case Manager