UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVID KARWAT, II,

             Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.

_____/

Case No. 2:11-cv-12452

HONORABLE STEPHEN J. MURPHY, III

## ORDER ADOPTING REPORT
## AND RECOMMENDATION [43], AND GRANTING IN PART
## PLAINTIFF'S MOTIONS FOR ATTORNEY'S FEES [30, 36, 38]

After the case was remanded, Plaintiff moved for attorney's fees. ECF 30, 36, 38. The Court referred the matter to Magistrate Judge Kimberly G. Altman. ECF 39. The magistrate judge issued a Report and Recommendation ("Report") suggesting that the Court grant in part Plaintiff's motions and that Plaintiff's counsel be awarded $3,569.13 in attorney's fees for work performed under 42 U.S.C. § 406(b). ECF 43, PgID 1209. Federal Rule of Civil Procedure 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party objected, de novo review of the Report's conclusions is not required. After reviewing the record and noting that the parties have agreed to the $3,569.13 fee award, ECF 43, PgID 1208, the Court finds that the magistrate judge's

conclusions are factually based and legally sound. Accordingly, the Court will adopt the Report's findings, and grant in part Plaintiff's motions for attorney's fees. ECF 30, 36, 38.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [43] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for attorney fees [30, 36, 38] are **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel will be **AWARDED $3,569.13** in attorney's fees for work performed under 42 U.S.C. § 406(b)

**SO ORDERED**.


s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 6, 2021, by electronic and/or ordinary mail.


s/David P. Parker
Case Manager